UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SANTO A. SAUCIER, JR.**               **CIVIL ACTION NO. 1:23cv29 LG-BWR**

**VERSUS**
                                        **DISTRICT JUDGE:**

**THE HOME DEPOT – GULFPORT,
STORE #2901, HOME DEPOT
U.S.A., INC., and JOHN DOES, #1-5**     **MAGISTRATE JUDGE:**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF REMOVAL

Defendant, Home Depot, U.S.A., Inc. ("Home Depot") hereby removes the action captioned "*Santo A. Saucier, Jr. versus Home Depot U.S.A., Inc. d/b/a The Home Depot; John Does 1-5;* bearing case number D2401-22-1624 on the docket of the County Court of Harrison County, First Judicial District, State of Mississippi, to the United States District Court for the Southern District of Mississippi. In support of this notice of removal, Home Depot pleads the following grounds:

## BACKGROUND

### I.

On December 9, 2022, this civil action was filed by plaintiff, Santo A. Saucier, Jr. ("Plaintiff"), in the County Court of Harrison County, Mississippi, bearing docket number D2401-22-1624, and captioned "*Santo A. Saucier, Jr. v. Home Depot – Gulfport, Store #2901, Home Depot U.S.A., Inc., and John Does 1-5. See* Declaration of Counsel, attached hereto as **Exhibit A** and Complaint, attached hereto as **Exhibit A-1**.

II.

In Plaintiffs' Petition, it is alleged that on December 15, 2019, while shopping at the Home Depot Store in Gulfport, Mississippi, Plaintiff was injured after he slipped and fell on sawdust on the ground. *See generally*, **Exhibit A-1**, Complaint.

III.

Plaintiff alleges in the Petition that he was, at the time of the filing of this action, a resident and citizen of the State of Mississippi. *See generally*, **Exhibit A-1**, Complaint.

IV.

Defendant, The Home Depot U.S.A., Inc. was at the time of the filing of this action and still is, a foreign entity incorporated under the laws of Delaware, with its principal place of business in Atlanta, Georgia. Thus, Home Depot is a citizen of the states of Delaware and Georgia. *See* **Exhibit A**, Declaration of Counsel.

V.

The Petition was served upon Home Depot on January 6, 2023. *See* **Exhibit A**, Declaration of Counsel.

VI.

Plaintiff claims that he is entitled to recover damages for injuries incurred as a result of this incident and alleges that his damages were caused by the negligence of Home Depot. *See generally*, **Exhibit A-1**, Complaint. Plaintiff makes no specific allegations his injuries and alleged generally that he is entitled to broad categories of special and general damages, including past and future medical expenses and lost

wages, as a result of this incident. *See* **Exhibit A-1**, Complaint at ¶XVII.

VII.

On January 10, 2023, Home Depot received, through its claim's adjuster, correspondence from counsel indicating that Plaintiff is alleging a low back injury and left knee injury with a total knee replacement surgery, which he contends to be related to this incident. **Exhibit A**, Declaration of Counsel; **Exhibit B**, January 10, 2023, Email.

VIII.

Quantum research reveals that actions involving the injuries and treatment alleged, including total knee replacement, place the amount in controversy in excess of $75,000. *See* **Exhibit A**, Declaration of Counsel.

IX.

This is a civil action within the original jurisdiction of this Court under the provisions of 28 U.S.C. § 1332, and is thus removable to this Court pursuant to the provisions of 28 U.S.C. §1441, *et seq*., because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

X.

In compliance with 28 U.S.C §1446(a), a copy of all process, pleadings and orders served upon Defendant to date in state court are attached hereto. *See* **Exhibit A-1**, Petition for Damages. Further, a certified copy of the state court record has been requested and will be promptly filed into the Court's record upon

receipt thereof.

XI.

In compliance with the requirements of 28 U.S.C. § 1446(b)(2), "all defendants who have been properly joined and served" have joined in the removal of this action.

XII.

In compliance with the requirements of 28 U.S.C. § 1446(b), this notice of removal is filed within 30 days of receipt by the defendant of the initial pleading or "other paper" that demonstrates the existence of jurisdiction.

XIII.

As noted above, Home Depot was first placed on notice that the amount in controversy exceeds $75,000, exclusive of interests and costs, was on January 10, 2023, upon receipt of an email from Plaintiff's counsel indicating the extent and nature of the injury and treatment alleged to be related to this incident, including a total knee replacement. *See* **Exhibit A**, Declaration of Counsel.

XIV.

In compliance with 28 U.S.C. §1446 (d), Defendant hereby certify that this notice of removal is being served contemporaneously herewith to all adverse parties, and to the Clerk of Court of the County Court of Harrison County, State of Mississippi.

**WHEREFORE**, defendant, Home Depot, U.S.A., Inc. prays that this cause be removed from the Circuit Court of Harrison County, First Judicial District, State of Mississippi, to this Honorable Court, to proceed thereafter in the United States District Court for the Southern District of Mississippi, Southern Division.

                       Respectfully submitted,

                       /s/ Megan S. Peterson
                       Charles E. Riley, IV (MSB# 102024)
                       Megan S. Peterson (MSB# 105044)
                       Simon, Peragine, Smith & Redfearn, L.L.P.
                       1100 Poydras Street, 30th Floor
                       New Orleans, Louisiana 70163
                       Telephone:  (504) 569-2030
                       Facsimile:  (504) 569-2999
                       E-Mail:  charlesr@spsr-law.com
                                     meganp@spsr-law.com
                       ***Attorneys for Home Depot U.S.A., Inc.***

## CERTIFICATE OF SERVICE

I, Megan S. Peterson, hereby certify that a copy of the above and foregoing pleading was sent by email and U.S. mail to all attorneys of record as listed below this **3rd** day of **February**, 2023.

    Andrew C. Burrell, Esq.
    ANDREW C. BURRELL, P.A.
    1643 E Pass Rd, Suite A
    Gulfport, MS 39507
    Email: andrew@andrewburrell.com

                       /s/ Megan S. Peterson