## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**SANTO A. SAUCIER, JR.**                                                          **PLAINTIFF**

**v.**                                                          **CAUSE NO. 1:23-cv-29-LG-BWR**

**THE HOME DEPOT-GULFPORT**
**STORE #2901, et al.**                                                          **DEFENDANTS**


### ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs. The Court will retain jurisdiction for 60 days to enforce the terms of the settlement.

**SO ORDERED AND ADJUDGED** this the 1st day of December, 2023.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge